IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TITAN INDEMNITY COMPANY,

    Plaintiff,

v.

A PLUS TOWING, a General Partnership; KATRINA RAPP; FERNANDO HERMOSILLO and JOSE HERMOSILLO, dba A Plus Towing,

    Defendants.

No. C 14-03864 WHA

**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Plaintiff Titan Indemnity Company has filed an *ex parte* application to continue the November 20 case management conference by "60–90 days." Plaintiff explains that "no defendant has answered the complaint [or] appeared in the lawsuit" — despite service and issuance of summons on September 4, 2014 — and that the requested continuance would allow all parties to participate in the case management conference (Br. 2).

    Good cause not shown, the *ex parte* application is **DENIED**. The case management conference will proceed as scheduled at **11:00 AM ON NOVEMBER 20, 2014**.

    **IT IS SO ORDERED.**

Dated: November 10, 2014.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE