IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TITAN INDEMNITY COMPANY,

    Plaintiff,

v.

KATRINA RAPP,

    Defendant.

No. C 14-03864 WHA

**AMENDED JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Titan Indemnity Company and against defendant Katrina Rapp.

**IT IS SO ORDERED.**

Dated: September 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE