**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>A PLUS TOWING, a general partnership, JOSE HERMOSILLO, individually and dba A PLUS TOWING, FERNANDO HERMOSILLO, individually and dba A PLUS TOWING,<br><br>    Defendants.<br>                                                      / | No. C 14-03864 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting the motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Titan Indemnity Company and against defendants A Plus Towing, Jose Hermosillo, and Fernando Hermosillo. Specifically, this judgment declares that plaintiff Titan Indemnity Company had no duty to defend or indemnify defendants A Plus Towing, Jose Hermosillo, or Fernando Hermosillo in relation to the accident that occurred on August 24, 2012 under the insurance policy described in the accompanying order. The **CLERK SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 28, 2015.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE